UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 20 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

William Julius Ballenger           0003609394-355 7726

_(Enter above the full name of the plaintiff_           _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**           **CIVIL ACTION NO.** 3:15-cv-12558
           _(Number to be assigned by Court)_

(John Doe) Tower guard - Dec 3, 2014, 8:00 (am) - 8:00 (pm)
Larry Crawford - Administrator Western Regional Jail
(John Doe) shift supervisor - Dec 3, 2014 8:00 (am) - 8:00 (pm)
(John Doe) Core Power - Dec 3, 2014 8:00 (am) - (8:00 pm)
(Jane Doe, John Doe) C-pod Power 8:00 (am) - 8:00 pm) Dec 3, 2014
_(Enter above the full name of the defendant_  Prime Care Medical Inc.
_or defendants in this action)_

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

           Yes _____           No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.  Court (if federal court, name the district; if state court, name the county);

        _____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned:

        _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

II.   **Place of Present Confinement:** Western Regional Jail

    A.   Is there a prisoner grievance procedure in this institution?

             Yes __X__    No _____

    B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

             Yes __X__    No _____

    C.   If you answer is YES:

        1.   What steps did you take? I made Request to the Counselor, medical staff and grievances to the shift Supervisor also to the ~~~~ Regional Jail authority

        2.   What was the result? The Jail authority said to sue them. The Counselor, medical staff and supervisors said they are not Responsible

    D.   If your answer is NO, explain why not: _____

III.  **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.   Name of Plaintiff: William Ballenger 0002609594-3555226

        Address: One O'Hanlon place Barboursville WV, 25504

    B.   Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Larry Crawford

is employed as: Jail Administrator

at Western Regional Jail

D. Additional defendants: (John Doe) Western Regional Staff member (John Doe) Western Regional Staff member, (John Doe) Western Regional Staff member (Jane Doe) Western Regional Staff member, Prime care medical Inc and all Staff members on Duty Dec 3, 2014

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec 3, 2014 I was assaulted by 4 inmates Damon Bailes, Timothy Luckett, Bobby Brooks and Thomas Chapman, one was armed with the bottom half of a push broom. I was repeatedly beat in the face with the broom piece and also stomped and kicked and punched. My lip was tore in two parts and my left front tooth was knocked out while my right front tooth was broken in two and I recieved multiple chips to other parts of my teeth and my top lip was tore from my gum. I recieved stiches and sutures in my mouth and had my tooth that was ripped out pulled out the top of my gum. The western regional staff did nothing to stop this from happening and the tower tower relayed to another western regional Jail worker (officer blevins) that he watched them take turns beating me in the face. The excuse I was told was that this happens all the time and the jail is understaffed right now. When I asked about getting my teeth fixed the jail and

4

## IV. Statement of Claim (continued):

Prime Care medical inc. Staff both said that they don't do that. Further more they are not responsible. One of the prime care medical inc. staff (Jolene) said that this is jail it happens all the time. Never once was I given a cat scan, or MRI to make sure there was no brain or skull damage. I was just thrown in a cell with human pheses and blood from positive hep.c patients with no cleaning supplies nor any way to clean yor keep clean the cell I was in.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the courts to grant me the amount of $50,000 for the replacement and proper fixing of my teeth. I am also asking for this sum for medical malpractice, inmate neglect ending with physical injury, Pain and suffering Post traumatic stress, mental anguish, medical neglect, Failure to maintain a safe secure enviorment for staff and Inmates.

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        Wendell Crose

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: I'm not from here and I don't know any more die I have the money to pay them

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No __X__

6

If so, state the lawyer's name and address:

_____

_____

Signed this __10__ day of __August__, 20_15_.

_William Ballenger_

_____

_[signature]_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 10, 2015__.
(Date)

_[signature]_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

## Complaint

On December 3, 2014 I was assaulted by 4 inmates. Damon Bailes, Timothy Tucket, Bobby Brooks and Thomas Chapman. One was armed with the bottom of a push broom. I was repeatedly beat in the face with the broom piece and also stomped and punched and kicked. As a result my bottom lip was tore in two, my left front tooth was ripped then relodged back in my gum. My left front tooth was badly broken and I recieved multiple chips to other teeth. I also had my top lip tore from my gum. I recieved stiches and sutures for my lips and a dentist came and removed the tooth out of my gum. I also have headaches and dizzy spells now.

The western regional jail did nothing to stop this from happening, and the tower rover relayed to another WRJ staff member (Officer Blevins) that he watched them take turns stomping me in the face. The excuse I got for them not stopping them from assaulting me was that "this happens all the time and the jail is under staffed right now."

I put in many of grievences and request trying to find out why this happened and when can I get my teeth fixed. I even had my parent (Kay Bellenger) call the regional jail and correctional facility authority to get my teeth fixed they told her that the jail is responsible for fixing my teeth and if they don't then sue them.

I put in request to Prime care medical staff trying to find out if they were going to fix my teeth and once again I recieved the same answers, one particular from a prime care medical enc. staff member (Solaina) saying "This is jail it happens all

2 of 2

the time". (brca porter) told me that prime care medical Inc is not responsible for fixing my teeth.

Not one time was I given a cat scan are a M.R.I to make sure I didnt have bleeding on the brain ar swelling since I was beeing repeatedly beat in the face. All I was told was go lay down on this medical cell that had human phesies and blood that was positive for hep. C from drug (Heroin) patients, with no cleaning supplies to clean or to keep clean my cell my whole time I spent there the nurses did not check on me are anything I stayed there till December the 9th, 2014.

By the WRJ staff members watching me get assulted and not stopping them and by the prime care medical Inc, not giving me the necessarry aid that I needed amounts to Deliberate Indifference.

I am asking the courts to grant me the sum of $250,000 for the replacement and proper fixing of my teeth. I am also asking for this sum for medical malpractice (medical neglect), Inmate neglect ending with physical injury, pain and soffering, post tramatic stress, mental anguish. Failure to provide safe secerr housing for Inmates and staff. And also failure to provide a clean living environment for medical patients. I truly believe that if these things were properly in place then this situation would have never occurred. I am also asking $250,000 in punitive damages

*William Ballenger*
William Ballenger

William Ballenger
one o'hanlon Place
Barboursville WV, 25504

THIS PERSON IS AN INMATE
OF WESTERN REGIONAL JAIL

Clerk, United States District Court
845 Fifth Avenue, Room 101
Huntington WV, 25701

U.S. MARSHAL SERVICE
X-RAYED

FOREVER