# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

WILLIAM BALLENGER,

           Plaintiff,

v.                                  CIVIL ACTION NO.   3:15-12558

WESTERN REGIONAL JAIL, et al.

           Defendants.

### ORDER

Pending before the Court is Plaintiff William Ballenger's *pro se* Objections to Magistrate's Proposed Findings and Recommendation. ECF No. 70. For the following reasons, the Court **DENIES** the Objections.

On April 20, 2018, Plaintiff filed an Amended Complaint, naming the Western Regional Jail (WRJ) and six employees of the WRJ as Defendants. *Am. Compl.*, ECF No. 54. In the Amended Complaint, Plaintiff seeks monetary damages for actions and inactions of Defendants when he was brutally attacked by other inmates. Plaintiff alleges the employees are liable in both their official and individual capacities. *Id.* at ¶12. In screening the case pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge first determined that the WRJ is not subject to suit because it merely is "a facility operated by the West Virginia Regional Jail & Correctional Facility Authority (WVRJCFA), a state agency." *PF&R*, at 3. The Magistrate Judge further added that, "even if the court were to liberally construe the plaintiff's claims against the WRJ to be brought against the WVRJCFA, the claims may still not proceed in this court" because a state

agency is not a person under § 1983, and it entitled to sovereign immunity from suit under the Eleventh Amendment of the United States Constitution. *Id.* (citing *Will v. Michigan Dep't of State Police*, 491 U.S. 58, 71 (1989); *Quern v. Jordan*, 440 U.S. 332, 337)). Upon review, the Court agrees with the Magistrate Judge and, to the extent Plaintiff's Objections argue the WRJ should not be dismissed, the Court **DENIES** the objection.[1]

In the Proposed Findings and Recommendation, the Magistrate Judge further recommends that the named employees be dismissed in their official capacities because they also are not persons under § 1983 and are entitled to immunity under the Eleventh Amendment in a suit for monetary relief. *PF&R*, at 4; *see Will*, 491 U.S. at 71 ("Obviously, state officials literally are persons. But a suit against a state official in his or her official capacity is not a suit against the official but rather it is a suit against the official's office. As such, it is no different from a suit against the State itself." (citations omitted)). The Court agrees. In his Objections, Plaintiff argues the employees should not be dismissed because they acted with deliberate indifference and should not be entitled to "qualified immunity." However, the Proposed Findings and Recommendation only recommend the employees be dismissed in their official capacities, not their individual capacities. *See Prince v. Crawford*, No. 3:16-CV-02317, 2017 WL 2991350, at *8 (S.D.W. Va. May 31, 2017), report and recommendation adopted, No. CV 3:16-2317, 2017 WL 2991344 (S.D. W. Va. July 13, 2017) (stating "a suit for money damages brought against a state official, who acted in his personal capacity under color of state law, is not barred by the doctrine of sovereign immunity" (citing *Hafer v. Melo*, 502 U.S. 21, 30 (1991)).

---

[1] Plaintiff only makes a cursory statement asking the Court not to dismiss the WRJ. He focuses his arguments on the individual employees.

-3-

Accordingly, for the foregoing reasons, the Court **DENIES** Plaintiff's Objections to Magistrate's Proposed Findings and Recommendation (ECF No. 70), **ADOPTS AND INCORPORATES HEREIN** the Proposed Findings and Recommendation, and **DISMISSES** the WRJ and the other Defendants in their official capacities from this action. The case shall continue to proceed before the Magistrate Judge for further Proposed Findings and Recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Honorable Dwane L. Tinsley, counsel of record, and any unrepresented parties.

ENTER: June 28, 2018

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE